**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-13388
Non-Argument Calendar
_____

ANDREW W. BELL,

*Plaintiff-Appellant,*

*versus*

MERIT SERVICE PROTECTION BOARD,
U.S. DEPARTMENT OF LABOR,
U.S. DEPARTMENT OF TRANSPORTATION,
U.S. OFFICE OF PERSONNEL MANAGEMENT,
MERIT SYSTEMS PROTECTION BOARD,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-04098-SEG
_____

Before JORDAN, LUCK, and BRASHER, Circuit Judges.

2                    Opinion of the Court                    25-13388

PER CURIAM:

Andrew W. Bell, pro se, appeals the district court's dismissal of his case.  After Bell appealed, we ordered the district court to rule on Bell's pending motion for reconsideration of the dismissal. The district court then granted that motion, vacated the dismissal, and reopened the case.

Because the district court has vacated the dismissal that was the subject of this appeal, the appeal is now moot.  *See Mobley v. Palm Beach Cnty. Sheriff Dep't*, 783 F.3d 1347, 1352 (11th Cir. 2015) (holding that order reopening case and reinstating original complaint mooted appeal of earlier order dismissing that complaint). We lack authority to adjudicate moot controversies.  *Brooks v. Ga. State Bd. of Elections*, 59 F.3d 1114, 1118-19 (11th Cir. 1995).

Accordingly, this appeal is DISMISSED, sua sponte, as moot. All pending motions are DENIED as moot.